**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00085-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MATTHEW WINN,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 9 - filed April 27, 2012), a change of plea hearing regarding Defendant Winn is set **Wednesday, June 27, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 30, 2012